# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| HUMANITARIAN, | : | |
| | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CV-38 (LAG) |
| | : | |
| MARC T. TREADWELL, *et al.*, | : | |
| | : | |
|    Defendants. | : | |
| | : | |

## ORDER

Plaintiff filed a Complaint and a Motion for Leave to Proceed *in forma pauperis* (IFP) in the above captioned matter on April 22, 2024. (Docs. 1, 2). On December 19, 2024, the Court denied Plaintiff's Motion for Leave to Proceed IFP and advised Plaintiff that "[t]o proceed, [he] must either pay the full filing fee within thirty (30) days of the date of th[e] Order or file an amended IFP application[.]" (Doc. 17 at 2). The deadline has passed; and as of the date of this Order, Plaintiff has failed to pay the full filing fee or to file an amended IFP application. (*See* Docket). Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice.**

      **SO ORDERED**, this 25th day of March, 2025.

                           /s/ Leslie A. Gardner
                           **LESLIE A. GARDNER, CHIEF JUDGE**
                           **UNITED STATES DISTRICT COURT**